```
                                                                FILED         RECEIVED
                                                                ENTERED       SERVED ON
                                                                COUNSEL/PARTIES OF RECORD

                                                                    JAN 1 5 2013

                                                                CLERK US DISTRICT COURT
                                                                  DISTRICT OF NEVADA
                                                            BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-176-KJD-(GWF) |
| ) | |
| ANDY FRANKLIN CONNOR, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On July 3, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant ANDY FRANKLIN CONNOR to a criminal offense, forfeiting specific property alleged in theIndictment and the Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant ANDY FRANKLIN CONNOR pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Plea Memorandum, EFC No. 41; Minutes of Change of Plea Proceedings, EFC No. 42; Preliminary Order of Forfeiture, ECF No. 40.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2012, through August 13, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 43.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    Emachine desktop computer, serial number ccc7310015869;

    b)    Compaq deskpro computer tower, serial number 6839BXH2L127;

    c)    Generic computer tower, serial number 105825061;

    d)    Gateway laptop computer, serial number 843000990226;

    e)    Phillips portable electronic storage device, serial number NW1A0844063983;

    f)    Palm centro smartphone, serial number P2P203EBV7KE; and

    g)    any and all computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 15th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE